# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, S.P. LOGAN**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JONATHAN VILLA**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400341**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 3 June 2014.
**Military Judge**: LtCol L.J. Francis, USMC.
**Convening Authority**: Commanding Officer, Marine Aircraft Group 16, 3d Marine Aircraft Wing, MCAS Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation**: Col D.K. Margolin, USMC.
**For Appellant**: Maj Michael Berry, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**18 December 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court